

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Maria Cervantes, Individually and as Next Friend of Alek Gonzalez, and Omar Gonzalez, Individually and as Next Friend of Alek Gonzalez, Appellant

No. 06-13-00111-CV          v.

Joseph Morris McKellar, M.D., d/b/a O.B. Associates; Carter J. Moore, M.D.; Carter J. Moore, M.D., P.A.; Rebecca Thomas, CRNA; Clinical Partners, P.A.- Mt. Pleasant, and Titus Regional Medical Center, Appellee

Appeal from the 276th District Court of Titus County, Texas (Tr. Ct. No. 35429). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Maria Cervantes, Individually and as Next Friend of Alek Gonzalez, and Omar Gonzalez, Individually and as Next Friend of Alek Gonzalez, pay all costs of this appeal.

RENDERED FEBRUARY 19, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk